*282 OWEN, Circuit Judge,
concurring:
I concur fully in all but Part III of the court’s opinion,' and I concur in the judgment, I would resolve whether’the termination notice was effective based on the Mississippi statute rather than GuideOne’s policy language. The statute provides:
A cancellation ... of liability insurance coverage, fire insurance coverage or single premium multiperil insurance coverage is not effective ... unless notice is mailed or delivered to the insured and to any named creditor loss payee by the insurer not less than thirty (30) days prior to the effective date of such cancellation.[1]
GuideOne concedes throughout its briefing that if this statute is read literally, then the cancellation notice was ineffective. There is no indication that the Mississippi Supreme Court would apply the statute other than as it is written. Accordingly, I agree that the notice of cancellation was •ineffective.

. Miss. Code. Ann. § 83-5-28(1).